FRANCIS B. BREWER, Respondent, v. THE UNION PACIFIC
RAILROAD COMPANY, Appellant.

(Argued January 22, 1886; decided February 9, 1886.)

*Artemus H. Holmes* for appellant.

*B. F. Watson* for respondent.

Agree to affirm on report of referee.
All concur, except DANFORTH, J., not voting.
Judgment affirmed.